# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1652
Lower Tribunal No. 17-13174
_____

**John Ryan Nerys,**
Appellant,

vs.

**Alvaro Vazquez and Lourdes Vazquez,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Neil Rose (Hollywood); Ginnis & Krathen, P.A., and H Ross Zelnick and Miguel A. Amador (Ft. Lauderdale), for appellant.

Holland & Knight LLP, and Frances G. De La Guardia and Suzanne Aldahan, for appellees.

Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.